| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR-S-07-0248 WBS |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SOPHIA SANCHEZ, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                 () Ad Testificandum

Name of Detainee:           Sophia SANCHEZ, CDC No. X25664
Detained at (custodian):     Reception Center Records - ATTN: Out to Court Desk
                                 P.O. Box 99
                                 Chowchilla, California 93610
                                 Chowchilla, California 93610

Detainee is:      a.)     () charged in this district by:    (X) Indictment   () Information   () Complaint
                                  charging detainee with: conspiracy to distribute methamphetamine, cocaine, etc.
     or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ()    return to the custody of detaining facility upon termination of proceedings
     or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence
                                     is currently being served at the detaining facility

    *Appearance is necessary in the Eastern District of California to face prosecution on federal drug trafficking charges in Case No. CR-S-07-0248 WBS.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                 () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Detainee: | Sophia SANCHEZ, CDC No. X25664   ___ Male   _X_ Female |
| Facility Address: | VALLEY STATE PRISON FOR WOMEN |
| | Reception Center Records - ATTN: Out to Court Desk |
| | P.O. Box 99 |
| | Chowchilla, California 93610 |
| Facility Phone: | 559-665-6100 ext. 6045 |

Currently Incarcerated on Drug Trafficking Conviction

---

**RETURN OF SERVICE**

Executed on  _____      By: _____