JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SOPHIA SANCHEZ,<br><br>    Defendant. | CR NO. S-07-0248 WBS<br><br>ORDER CONTINUING SENTENCING<br><br>Date:  October 17, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 1, 2011. Counsel for the parties requests that the date for judgment and sentencing be continued to October 17, 2011 at 8:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/17/11** |
| Reply, or Statement of Non-Opposition: | 10/10/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/3/11 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/26/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/19/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 9/5/11 |

Dated: July 27, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Sophia Sanchez

Benjamin B. Wagner
United States Attorney

Dated: July 27, 2011  /s/ William Wong
WILLIAM WONG
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SOPHIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-07-0248 WBS |
| Plaintiff, ) | |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| SOPHIA SANCEZ, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Sophia Sanchez be continued from August 1, 2011 to October 17, 2011. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: July 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE