UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

SOPHIA SANCHEZ,

       Defendant.
_____/

CR NO. S-07-0248 WBS

ORDER

----oo0oo----

Upon review of the recording of the proceedings at the time of sentencing in this matter, it appears that it was the court's intention to impose a federal sentence of 76 months upon defendant Sanchez, and it was the parties' understanding that defendant would receive credit for the time served after she was received into federal custody, not for the time she served in state custody.  From a review of the docket, it appears that a writ of habeas corpus ad prosequendum for Ms. Sanchez was issued on August 23, 2007, and that she first appeared in this court for

1

1 | arraignment on September 4, 2007.
2 |         The parties' stipulation, to amend the judgment to
3 | impose a sentence of time served as of December 21, 2012, does
4 | not appear to be consistent with either the court's intention or
5 | the parties' understanding as of the time of judgment.  The
6 | parties' stipulation of December 20, 2012 is therefore rejected,
7 | and the request to amend or modify the judgment and sentence as
8 | proposed is hereby DENIED.
9 |         IT IS SO ORDERED.
10 | DATED:  January 2, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE